# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)*<br>919 Pleasant Street Worcester, MA 01602 | Case No. 19-mj-4490-DHH |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
919 Pleasant Street Worcester, MA 01602 as more particularly described in Attachment A

located in the _____ District of ___Massachusetts___ , there is now concealed *(identify the person or describe the property to be seized)*:
see Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. s2252A(5)(B) | Possession of Child Pornography |
| 18 U.S.C. s2252A(a)(2) | Receipt of Child Pornography |

The application is based on these facts:
see attached Affidavit of Special Agent Adam Strode

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Adam Strode
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **Sep 11, 2019**

*Judge's signature*

City and state: Worcester, MA

U.S. Chief Magistrate Judge David H. Hennessy
*Printed name and title*