IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In The Matter of the Search of<br><br>919 Pleasant Street Worcester, MA 01602 | M.J./Court No. 19-mj-4490-DHH<br><br>FILED UNDER SEAL |

## GOVERNMENT'S MOTION TO UNSEAL

The United States of America hereby moves this Court to direct that the search warrant application, search warrant, this motion, any ruling on this motion, and all related paperwork be unsealed. The United States further requests that a redacted affidavit[1], attached to this motion as Exhibit 1, be substituted for public filing.

In support of this motion, the government states that the warrant was executed on September 11, 2019, and that there is no further reason to keep the documents under seal.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

**ALLOWED David H. Hennessy U.S.M.J.**
**Sep 12, 2019**

By: */s/Kristen M. Noto*
Kristen M. Noto
Assistant U.S. Attorney

Date: 9/12/2019

---

[1] Personally identifying information including email addresses and phone numbers have been redacted from paragraph 34